IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff(s) : | |
| : | Case No. 1:01cr58-SJD |
| v. : | |
| : | District Judge Susan J. Dlott |
| JOHN F. YEAGER, : | |
| : | |
| Defendant(s) : | |

**O R D E R**

The pending motions before this court in the above captioned case are hereby DENIED without prejudice to a resubmission after the determination by the United States Court of Appeals for the Sixth Circuit of the notice of appeal filed in this case on October 5, 2004.

IT IS SO ORDERED.

        ___s/Susan J. Dlott_____
        Susan J. Dlott
        United States District Judge