UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-01-058 |
| | : | |
| | : | **MOTION FOR SUBSTITUTION** |
| v. | : | **OF COUNSEL FOR THE UNITED** |
| | : | **STATES OF AMERICA** |
| | : | |
| JOHN F. YEAGER | : | J. Dlott |

- - - - - - - - - - - - - - - - - - - - - - -

  William E. Hunt, Assistant U.S. Attorney, Southern District of Ohio, hereby gives notice to the Court and to counsel for defendant that he is counsel of record, and the Court should remove John M. DiPuccio as counsel of record, and requests that service of all papers filed in this action be made upon him.

         Respectfully submitted,

         GREGORY G. LOCKHART
         United States Attorney


         s/William E. Hunt
         WILLIAM E. HUNT (0024951)
         First Assistant U.S. Attorney
         221 East Fourth Street, Suite 400
         Cincinnati, Ohio  45202
         (513) 684-3711
         Fax:  (513) 684-6710
         William.Hunt @usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Motion For Substitution Of Counsel For The United States Of America" was served this 15th day of November, 2004, electronically on Martin S. Pinales, Attorney for Defendant Yeager.

s/William E. Hunt
WILLIAM E. HUNT (0024951)
First Assistant U.S. Attorney
