UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Granted*
*Susan J. Dlott*
*11/16/04*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-01-058 |
| | : | |
| v. | : | **MOTION FOR SUBSTITUTION OF COUNSEL FOR THE UNITED STATES OF AMERICA** |
| | : | |
| JOHN F. YEAGER | : | J. Dlott |

- - - - - - - - - - - - - - - - - - - -

William E. Hunt, Assistant U.S. Attorney, Southern District of Ohio, hereby gives notice to the Court and to counsel for defendant that he is counsel of record, and the Court should remove John M. DiPuccio as counsel of record, and requests that service of all papers filed in this action be made upon him.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/William E. Hunt
WILLIAM E. HUNT (0024951)
First Assistant U.S. Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio  45202
(513) 684-3711
Fax:  (513) 684-6710
William.Hunt @usdoj.gov