Case No: 04-4303

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ORDER

**FILED**

DEC 0 8 2004

LEONARD GREEN, Clerk

UNITED STATES OF AMERICA

    Plaintiff - Appellee

1:01cr58

v.

JOHN F. YEAGER

    Defendant - Appellant

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the stipulation is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*Leonard Green*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: _____
Deputy Clerk