AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

Case Number:   1:01cr58-SJD

V.

JOHN F. YEAGER,   District Judge Susan J. Dlott

NOTICE

**TAKE NOTICE** that a CHANGE OF PLEA in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 836 |
| | DATE AND TIME |
| | JANUARY 20, 2005 at 11:00 A.M. |

SPECIAL INSTRUCTIONS:

PLEASE NOTE: If the defendant is on bond, counsel will be responsible for the defendant's appearance on the date and time set above. If for any reason counsel or the defendant cannot appear as directed, then counsel must notify the Court at least two (2) days prior to the scheduled Court appearance.

JAMES BONINI, CLERK

    s/Stephen Snyder
Stephen Snyder
Case Manager
(513) 564-7633