IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                         Case Number: 1:01cr58-SJD

JOHN F. YEAGER,

CRIMINAL MINUTES: CHANGE OF PLEA

Defendant appeared with counsel

Defendant arraigned and specifically advised of rights

Statement of agent Kevin Gormley, FBI

Defendant pleads GUILTY to Count(s) 12 and 13

Plea accepted by the Court

Referred to Probation Department for Presentence Report

Bond continued

Judge:                Susan J. Dlott

Courtroom Deputy:    Stephen Snyder

Court Reporter:       Betty Schwab, Official

Date:                January 20, 2005