UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-01-058 |
| | : | |
| | : | |
| | : | **GOVERNMENT'S PLEA** |
| v. | : | **AGREEMENT SUBMISSION OF** |
| | : | **ELEMENTS AND PENALTIES** |
| | : | **FOR 18 U.S.C. § 1005** |
| | : | |
| JOHN F. YEAGER | : | J. Dlott |

- - - - - - - - - - - - - - - - - - - -

1. **ELEMENTS**: 18 U.S.C. § 1005
   Counts 12 & 13 - <u>Sharing In The Proceeds Of Loans Approved By A Bank Employee</u>

   <u>First</u>:   That Star Bank was a federally insured bank;

   <u>Second</u>:  That the defendant was an officer or employee of Star Bank;

   <u>Third</u>:   That the defendant participated in or received a benefit, that is part of the proceeds of a loan that he made on behalf of the bank;

   <u>Fourth</u>:  That he did so with the intent to defraud Star Bank; and

   <u>Fifth</u>:   That the act or acts occurred on or about the date alleged in the Indictment and within the Southern District of Ohio.

2. **PENALTIES**

   A.  Possible Maximum:    30 years in prison, $250,000 fine, and 3 years of Supervised Release.

   B.  $100 Assessment.

                                   Respectfully submitted,

                                   GREGORY G. LOCKHART
                                   United States Attorney

                                   /s/ W E Hunt
                                   _____
                                   WILLIAM E. HUNT (0024951)
                                   First Assistant U.S. Attorney
                                   221 East Fourth Street, Suite 400
                                   Cincinnati, Ohio  45202
                                   (513) 684-3711