IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. CR-1-01-058** |
| | | (Honorable Susan J. Dlott) |
| **Plaintiff,** | : | |
| -vs- | : | |
| **JOHN F. YEAGER,** | : | |
| **Defendant.** | : | |

**ORDER OF COURT**

And now, to-wit, this _____ day of March, 2005, upon consideration of the Motion for Extension of Time to Submit Objections to the Presentence Report, filed by the Defendant on March 10, 2005, it is hereby ordered, adjudged, and decreed that said Motion be and the same hereby is GRANTED. Defendant shall submit any objections to the Presentence Report to the probation officer on or before March 28, 2005.

Dated:_____

JUDGE SUSAN J. DLOTT