# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF OHIO**

**PROBATION OFFICE**



FILED
JAMES BONINI
CLERK

110 ... COURTHOUSE
100 EAST 5TH STREET
U. S. CINCINNATI, OH   45202-3980
SOUTHERN DIST. OHIO
WEST DIV CINCINNATI

## PRESENTENCE REPORT TRANSMITTAL

TO:        Honorable Susan J. Dlott
           United States District Court Judge

FROM:      Teresa L. Alford
           United States Probation Officer

SUBJECT:   **YEAGER, John F.**
           **Docket No. CR 1-01-058**
           **Final Presentence Report**

DATE:      April 18, 2005


The Final Presentence Report and any necessary addenda are herewith submitted to the Court.

The Defense Counsel and Counsel for the Government are being provided with a copy of the final Presentence Investigation Report.

cc:     District Court Clerk

        United States Attorney



Martin S. Pinales, Esq.
920 Fourth and Race Tower
105 West Fourth Street
Cincinnati, OH  45202