AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

                                  Case Number:  1:01cr58-SJD

    V.

JOHN F. YEAGER,                      District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the SENTENCING in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #7 (Room 117) |
| | DATE AND TIME |
| | MAY 20, 2005 at 1:00 P.M. |

SPECIAL INSTRUCTIONS:

1. **Any motions filed pursuant to Section 5K1 of the United States Sentencing Guidelines must be filed as least TWO (2) weeks prior to the sentencing hearing.**

2. **Any motion filed pursuant to the Protect Act and Section 3E1.1 of the United States Sentencing Guidelines must be filed at least TWO (2) weeks prior to the sentencing hearing.**

3. The Court encourages the filing of sentencing memoranda. Such memoranda shall be filed two weeks before the date of sentencing.

    PLEASE NOTE: If the defendant is on bond, counsel will be responsible for the defendant's appearance on the date and time set above. If for any reason counsel or the defendant cannot appear as directed, then counsel must notify the Court as soon as possible.

                                                  JAMES BONINI, CLERK

                                                  ___s/Stephen Snyder_____
                                                  Stephen Snyder
                                                  Case Manager
                                                  (513) 564-7633