IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                          Case Number: 1:01cr58-SJD

JOHN F. YEAGER,

## CRIMINAL MINUTES: SENTENCING

Defendant appeared with counsel and was sentenced as follows:

Jail term of 1 DAY

3 Years Supervised Release

Conditions:

    45 Days of Home Confinement

    Defendant shall provide Probation Officer access to all requested financial information

Assessment: 200      Fine: 500      Restitution: 2,531.08

    Interest shall not accrue if paid within 30 days.

Judge:                   Susan J. Dlott

Courtroom Deputy:      Stephen Snyder

Court Reporter:         Julie Wolfer, Official

Date:                    May 20, 2005