UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-01-058 |
| v. | : | **ORDER FOR DISMISSAL** |
| JOHN F. YEAGER | : | Judge Dlott |

- - - - - - - - - - - - - - - - - - - - -

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses Counts 1-11 and 14-18 of the Indictment pending against the defendant, John F. Yeager.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

_____
WILLIAM E. HUNT (0024951)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio  45202
(513) 684-3711

Leave of Court is granted for the filing of the foregoing Order for Dismissal.

_____     _____
DATE                                       HONORABLE SUSAN J. DLOTT
                                                 U.S. DISTRICT COURT JUDGE