IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    vs.                : CRIMINAL NO: CR-1-01-058
                          : JUDGE DLOTT

**JOHN F. YEAGER,**

      **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

          Respectfully submitted,

          GREGORY G. LOCKHART
          United States Attorney

          s/Deborah F. Sanders
          DEBORAH F. SANDERS (0043575)
          Assistant United States Attorney
          Southern District of Ohio
          303 Marconi Boulevard, Suite 200
          Columbus, Ohio 43215-2401
          (614) 469-5715

N:\_ECF Workload\DSanders\yeager, john.wpd