AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

                                                    Case Number:   1:01cr58

                    V.

JOHN F. YEAGER                                      District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a HEARING on the Petition for Summons for Offender Under Supervision in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Room 227 (New Chambers) |
| 100 East Fifth Street | DATE AND TIME |
| Cincinnati, Ohio 45202 | OCTOBER 14, 2005 at 10:30 A.M. |

JAMES BONINI, CLERK

___s/William Miller_____
William Miller
Case Manager
(513) 564-7630

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.