IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                        Case Number: 1:01cr58

John F. Yeager

Supervised Release Revocation Hearing

Court adds the following Condition to his supervised release:

    9 Months of electronic monitoring

Judge:	Susan J. Dlott

Courtroom Deputy:	William Miller

Court Reporter:	Betty Schwab, Official

Date:	October 14, 2005