

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. CR-1-01-58 |
| | : | |
| Plaintiff, | : | (Honorable Susan J. Dlott, Judge) |
| | : | |
| -vs- | : | |
| | : | |
| **JOHN F. YEAGER,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, John F. Yeager, appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's Judgment for modification of supervised release conditions entered in this action on October 17, 2004.

Respectfully Submitted,

SIRKIN, PINALES & SCHWARTZ LLP

_____
MARTIN S. PINALES (Ohio Bar No. 0024570)
CANDACE C. CROUSE (Ohio Bar No. 0072405)
920 Fourth & Race Tower
105 W. Fourth Street
Cincinnati, Ohio  45202
Telephone  (513) 721-4876
Telecopier (513) 721-0876

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent via regular mail to William Hunt, Esq., Assistant United States Attorney, 221 East Fourth St., Suite 400, Cincinnati, OH 45202, on this 24th day of October, 2004.

_____
CANDACE C. CROUSE (Ohio Bar No. 0072405)