```
Mon Oct 24 16:14:53 2005

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 428527
Cashier       mll

Check Number: 25482

DO Code    Div No
4661         1

Sub Acct Type Tender      Amount
1:086900  N    2          105.00
2:510000  N    2          150.00

Total Amount         $    255.00

SIRKIN, PINALES & SCHWARTZ

NOA FILING FEE 1:01CR58



Mon Oct 24 16:14:53 2005

Check No.  25482
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```