Case No 05-4363

FILED
JAMES BONINI
CLERK

05 NOV 23 AM 11:04

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

**FILED**
NOV 21 2005
LEONARD GREEN, Clerk

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN F. YEAGER

    Defendant - Appellant

1:01cr58

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*Leonard Green /s/*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
Deputy Clerk