PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | **John F Yeager** | Case Number: **1:01CR00058** |
| Name of Sentencing Judicial Officer: | **The Honorable Susan J. Dlott**<br>**United States District Judge** | |
| Date of Original Sentence: | **May 20, 2005** | |
| Original Offense: | **Counts 12 and 13-Making False Entries Into Bank Records, violations of 18 U.S.C. § 1005** | |
| Original Sentence: | **Two concurrent 1 day(s) terms of imprisonment, two concurrent 36 month(s) terms of supervised release** | |
| Special Conditions: | **1) 45 days electronically monitored home confinement**<br>**2) pay $200 special assessment**<br>**3) pay $500 fine**<br>**4) pay restitution in the amount of $2,531.08 to First Star Bank**<br><br>**Amended: October 14, 2005: 9 months electronic monitoring, participate in alcohol abuse treatment program, and at discretion of USPO defendant may petition Court to reduce term of EM** | |
| Type of Supervision: **Supervised Release** | | Date Supervision Commenced: May 20, 2005 |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| The supervised releasee shall not commit another federal, state, or local crime | In November 2005, the undersigned probation officer conducted a local criminal record check in Hamilton County on the offender. The results revealed that on September 18, 2005, Mr. Yeager was arrested by the Hamilton County Sheriff's Department on the charge of Disorderly Conduct-Knowingly Causing Annoyance and Alarm by Refusing to Leave While Intoxicated. On October 14, 2005, the offender appeared in the Hamilton County Municipal Court on the above charge of Disorderly Conduct under Docket Number C/05/CRB/37950, at which time the charge was dismissed. According to information received by the probation officer, on the above date the offender was at BW3s located at 5240 Beechmont Avenue at about 7:30 p.m., at which time he allegedly caused an annoyance and alarm by refusing to leave the facility while allegedly being intoxicated. There is no other information available about this case. |

U.S. Probation Officer Action:

Although Mr. Yeager's performance on supervised release has been somewhat problematic, the undersigned probation officer is respectfully recommending that no action be taken against the offender at this time regarding this arrest due to the fact that the charge was dismissed and there is no other information available about the circumstances of this case.

. The Court is reminded to mark the box reflecting the Court's decision in this matter and sign the appropriate location.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *David J. Backman* | by | *John Cole* |
|  | **David Backman** |  | **John Cole** |
|  | U. S. Probation Officer |  | Supervising U. S. Probation Officer |
|  | Date:   **January 6, 2006** |  | Date:   **January 6, 2006** |

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*Susan J. Dlott*
Signature of Judicial Officer

*Jan 20, 2006*
Date