PROB 12B
(12/98)

# United States District Court

for

## District of Southern Ohio

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| Name of Offender: | **John F Yeager** | Case Number: **1:01CR00058** |
| Name of Sentencing Judicial Officer: | **The Honorable Susan J. Dlott**<br>**United States District Judge** | |
| Date of Original Sentence: | **May 20, 2005** | |
| Original Offense: | **Counts 12 and 13-Making False Entries Into Bank Records, violations of 18 U.S.C. § 1005** | |
| Original Sentence: | **Two concurrent 1 day(s) terms of imprisonment, two concurrent 36 month(s) terms of supervised release** | |
| Special Conditions: | 1) 45 days electronically monitored home confinement<br>2) pay $200 special assessment<br>3) pay $500 fine<br>4) pay restitution in the amount of $2,531.08 to First Star Bank<br><br>Amended October 14, 2005: continued on supervised release; serve 9 months electronic monitoring; should defendant participate in an alcohol abuse treatment program, at the discretion of the probation officer the defendant may petition the Court to reduce his period of electronic monitoring | |
| Type of Supervision: **Supervised Release** | | Date Supervision Commenced: **May 20, 2005** |

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows: **The probationer shall participate in a program of mental health evaluation and treatment, at the direction of the probation officer**

## CAUSE

On January 3, 2006, the undersigned probation officer spoke with both Mr. Yeager and his attorney, Martin Pinales, Esquire. This officer was advised by both that the offender was suffering from depression and it should be indicated that Mr. Yeager's mother, Mrs. Yeager, was present and she recounted for all those present that her brother suffers from Bipolar Disorder. She is wondering whether the offender is also suffering from same. The offender wept continuously throughout the above meeting.

At this meeting, this officer met with Mr. Yeager and Mr. Pinales to discuss the proposed modification. This officer explained his rights to counsel and a modification hearing in detail. Yeager stated he understood his

PROB 12B
(12/98)

2

rights completely and wanted to waive those rights because he was in agreement with the addition of the condition. He then signed the waiver form.

Mr. Yeager's defense counsel was also present and advised the probation officer that he had no objection to the proposed modification.

Based on these factors, this officer respectfully recommends the Court grant the proposed modification.

|  |  |
|---|---|
| Respectfully submitted, | Approved, |
| by *David J. Backman* | by *John Cole* |
| **David Backman** | **John Cole** |
| U. S. Probation Officer | Supervising U. S. Probation Officer |
| Date:  **January 6, 2006** | Date:  **January 6, 2006** |

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*Susan J. Dlott*
Signature of Judicial Officer

Jan 20, 2006
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

     I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender shall participate in a mental health evaluation and in mental health treatment, if deemed necessary by the probation officer.

Witness: _[signature]_     Signed: _[signature]_
U.S. Probation Officer     Probationer or Supervised Releasee

January 3, 2006
DATE