PROB 12A
(12/98)

# United States District Court

for

Southern District of Ohio

Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | **John F Yeager** | Case Number: **1:01CR00058** |
| Name of Sentencing Judicial Officer: | **The Honorable Susan J. Dlott**<br>**United States District Judge** | |
| Date of Original Sentence: | **May 20, 2005** | |
| Original Offense: | **Counts 12 and 13-Making False Entries Into Bank Records, violations of 18 U.S.C. § 1005** | |
| Original Sentence: | **Two concurrent terms of 1 day(s) prison, 36 month(s) supervised release** | |
| Special Conditions: | 1) 45 days electronically monitored home confinement<br>2) pay $200 special assessment<br>3) pay $500 fine<br>4) pay restitution in the amount of $2,531.08 to First Star Bank | |
| | **Amended: 10-14-05:** 9 months electronic monitoring, participate in alcohol abuse treatment program, and at discretion of USPO defendant may petition Court to reduce term of EM | |
| | **Amended: 01-20-06:** Defendant shall participate in a program of mental health evaluation and treatment, at the direction of the probation officer. | |
| Type of Supervision: **Supervised Release** | | Date Supervision Commenced: **May 20, 2005** |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| The supervised releasee shall not commit another federal, state, or local crime. | The undersigned probation officer received information on November 1, 2006, that Yeager had been arrested on the charge of Domestic Violence. Information received by the probation officer indicated that on or about October 28, 2006, Yeager allegedly became involved with a physical confrontation with his fiancé and during the course of the confrontation, allegedly grabbed and threw her to the ground causing physical injury to her. Additionally, the offender allegedly choked her and went inside the residence shared by them in order to commit property damage. A warrant was issued for the defendant's arrest on the above charge under Docket Number 06CRB43021. Yeager's mother, Cecil Yeager, advised this officer that the offender had turned himself in on this arrest warrant on November 1, 2006. There is no other information available about this case at this time. |

PROB 12A
(12/98)

2

U.S. Probation Officer Action:

Although Yeager's performance on supervised release has been somewhat problematic, the undersigned probation officer is respectfully recommending that no action be taken against the offender at this time regarding this arrest due to the fact that the charge is pending and there is no other information available about the circumstances of this case at present.

The Court is reminded to mark the box reflecting the Court's decision in this matter and sign the appropriate location.

Respectfully submitted,                                      Approved,

by *David J Backman*                                         by *John Cole*

**David Backman**                                            **John Cole**
U. S. Probation Officer                                      Supervising U. S. Probation Officer

Date:    **November 2, 2006**                                Date:    **November 2, 2006**

[X]   I concur with the recommendation of the Probation Officer  *Please keep me advised about the pending charge.*
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

*Susan J. Dlott*
Signature of Judicial Officer

*Nov 8, 2006*
Date