# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **John F Yeager**             Case Number: **1:01CR00058**

Name of Sentencing Judicial Officer:     **The Honorable Susan J. Dlott**
                                         **United States District Judge**

Date of Original Sentence: **May 20, 2005**

Original Offense: **Counts 12 and 13- Making False Entries into Bank Records, violations of 18 U.S.C. 1005**

Original Sentence: **1 day(s) prison, 36 month(s) supervised release**

Special Conditions: 
1. **45 days electronically monitored home confinement.**
2. **pay $200 special assessment.**
3. **pay $500 fine**
4. **pay restitution in the amount of $2,531.08 to Star Bank.**

       **Amended: 10-14-05: 9 months electronic monitoring, participate in alcohol abuse treatment program, and at the discretion of USPO, the defendant may petition the Court to reduce term of EM.**

       **Amended: 01-20-06: Defendant shall participate ina program of mental health evaluation and treatment, at the direction of the probation officer.**

Type of Supervision: **Term Of Supervised Release**      Date Supervision Commenced: **May 20, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Reference is made to the Probation Form 12A dated November 2, 2006, in which Yeager was cited for alleged violation of the mandatory supervised release condition which states, "The supervised releasee shall not commit another federal, state, or local crime." The offender turned himself in on November 1, 2006, into the custody of the Hamilton County Sheriff's Department on a warrant for Domestic Violence under Docket #: 06CRB43021 in the Hamilton County Municipal Court. Mr. Yeager advised me in early November 2006, that the victim who was an ex-girlfriend of his, had told her father that the entire incident was her fault. |
| | On January 23, 2007, Yeager appeared in the above court on the above charge which was dismissed. |

PROB 12A
(12/98)

2

U.S. Probation Officer Action: **Although Yeager's performance on supervised release has been somewhat problematic, the undersigned probation officer is respectfully recommending that no action be taken against the offender at this time regarding this arrest due to the fact that the Domestic Violence was dismissed in the Hamilton County Municipal Court.**

Respectfully submitted,                          Approved,

by *David J. Backman*                          by *John Cole*

**David Backman**                                 **John Cole**
U. S. Probation Officer                         Supervising U. S. Probation Officer
Date:    **January 26, 2007**                    Date:    **January 26, 2007**

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*Susan J. Dlott*
Signature of Judicial Officer

*Jan 29, 2007*
Date